**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Armando CARAVEO–GALINDO, a.k.a.
Armand Carabeo Galindo,
Defendant–Appellant.**

**No. 06–10141.**

United States Court of Appeals,
Ninth Circuit.

Submitted June 5, 2007.*

Filed June 15, 2007.

Jennifer Jean Maldonado, Office of the
U.S. Attorney, Evo A. Deconcini U.S.

---

* This panel unanimously finds this case suit-
 able for decision without oral argument. *See*
 Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
 cation and is not precedent except as provid-
 ed by 9th Cir. R. 36–3.

* This panel unanimously finds this case suit-
 able for decision without oral argument. *See*

Courthouse, Tucson, AZ, for Plaintiff–Appellee.

Arthur J. Hutton, Esq., Art Hutton, Attorneys at Law, Tucson, AZ, for Defendant–Appellant.

Armando Caraveo–Galindo, Florence, AZ, pro se.

Before: LEAVY, RYMER, and T.G. NELSON, Circuit Judges.

### MEMORANDUM **

Armando Caraveo–Galindo appeals from his guilty-plea conviction and 55–month sentence for illegal reentry after deportation in violation of 8 U.S.C. § 1326.

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), appellant's counsel, has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. Appellant filed a pro se supplemental brief as well as several pro se motions, and, instead of an answering brief, appellee has filed a motion to dismiss.

We have reviewed the briefs and motions, and conducted an independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), and we dismiss in light of the valid appeal waiver. *See United States v. Nguyen*, 235 F.3d 1179, 1182 (9th Cir.2000) (appeal waiver valid when entered into knowingly and voluntarily).

Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Counsel's motion to withdraw is **GRANTED,** appellee's motion to dismiss is **GRANTED,** and appellant's pro se motions are **DENIED.**

**DISMISSED.**